JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VIRGINIA LA CRUE, | ) CASE NO. 2:11-CV-10636-ODW(SPx) |
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC and DOES 1 to 10, inclusive, | ) |
| Defendants. | ) |

        Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses.

        IT IS SO ORDERED.

DATED: March 21, 2012

_____
UNITED STATES DISTRICT JUDGE

1