JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VIRGINIA LA CRUE,<br><br>               Plaintiff,<br><br>    vs.<br><br>HEALTHCARE REVENUE<br>RECOVERY GROUP, LLC and<br>DOES 1 to 10, inclusive,<br><br>           Defendants. | CASE NO. 2:11-CV-10636-ODW(SPx)<br><br>**ORDER OF DISMISSAL** |

    Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses.

    IT IS SO ORDERED.

DATED: March 21, 2012

_____
UNITED STATES DISTRICT JUDGE

1